UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00176

**James Brown,**
*Plaintiff,*
v.
**Gregg County Jail,**
*Defendant.*

Before BARKER, *District Judge*

### ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On June 18, 2019, the magistrate judge issued a report and recommendation, Doc. 9, recommending that this action be dismissed without prejudice for failure to comply with a court order and failure to prosecute. Plaintiff acknowledged receipt of this report and recommendation on June 24, 2019. Doc. 10. Neither party has objected to the report and recommendation, and the deadline to do so has passed. Therefore, the court **adopts** the report and recommendation.

Accordingly, this action is **dismissed without prejudice** for failure to comply with a court order and failure to prosecute. Any pending motions are **denied as moot**. The clerk of the court is **directed** to close this case.

*So ordered by the court on July 22, 2019.*

J. CAMPBELL BARKER
United States District Judge